THE SUPERINTENDENTS OF THE POOR OF CLINTON COUNTY v. SAMUEL JURY ET AL.

*Poor persons—Support by relatives.*

The proceedings in this case were commenced under How. Stat. chap. 41, to compel the respondents (plaintiffs in *certiorari*) to maintain their aged and infirm father, and an order was made accordingly, which is sought to be set aside for want of evidence to warrant the court in making it; and it is held that there was some evidence introduced on the hearing, which was in open court, which warranted the order complained of, and it is affirmed.

*Certiorari* to Clinton. (Daboll, J.) Argued April 17, 1890. Decided April 25, 1890.

The nature of the case is stated in the head-note, and the facts in the opinion.

*Auten & Moss* and *Norton & Brunson,* for respondents, and plaintiffs in *certiorari.*

*Charles M. Merrill,* for petitioners, and defendants in *certiorari.*

LONG, J. This is a proceeding by *certiorari* to set aside an order made by the circuit court of Clinton

county, compelling the defendants to pay the sum of $3.90 per week for the support of their aged and infirm father. The proceedings to compel such payments were commenced under chapter 41, How. Stat., entitled "The Support of Poor Persons by their Relatives." The only question raised on the hearing here is that there is no evidence to warrant the making of the order. The case was heard before the court, and testimony taken in open court, and that court made the finding. It would profit no one to set forth the evidence here. We are satisfied that some evidence was introduced on the hearing which warranted the order made.

The order will be affirmed, with costs.

The other Justices concurred.